Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
Jessica E. Brown, Esq.
Nevada State Bar No. 14487
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
Attorneys for Defendants,
*The Vons Companies, Inc. and Safeway Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALYSSA BAKER, individually, | 2:21-cv-01278-GMN-VCF |
| Plaintiff, | |
| vs. | |
| THE VONS COMPANIES, INC., d/b/a VONS 1963, a foreign corporation; SAFEWAY INC. d/b/a VONS, a foreign corporation; DOES 1 through 100 and ROE CORPORATIONS 1 through 100, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER TO REMAND

Plaintiff ALYSSA BAKER, by and through her counsel of record Farhan R. Naqvi, Esq., and Sarah M. Banda, Esq. of the law firm NAQVI INJURY LAW, and Defendants THE VONS COMPANIES, INC. and SAFEWAY, INC., by and through its counsel of record Jack P. Burden, Esq., Jacquelyn Franco, Esq., and Jessica E. Brown, Esq. of the law firm BACKUS, CARRANZA & BURDEN, hereby stipulate and agree to remand this case back to the Eighth Judicial District Court, Clark County, Nevada.

. . .

. . .

IT IS SO STIPULATED.

DATED: this 25th day of August, 2021.

**HANRATTY LAW GROUP**

By: /s/ *Sarah M. Banda*
Farhan R. Naqvi, Esq.
Sarah M. Banda, Esq.
NAQVI INJURY LAW
9500 West Flamingo Road #104
Las Vegas, NV 89147
Attorneys for Plaintiff

DATED: this 25th day of August, 2021.

**BACKUS, CARRANZA & BURDEN**

/s/ *Jack P. Burden*
Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this   25   day of August, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

# Anne Raymundo

| | |
|---|---|
| **From:** | Sarah Banda <sarah@naqvilaw.com> |
| **Sent:** | Wednesday, August 25, 2021 2:35 PM |
| **To:** | Jessica Brown |
| **Cc:** | Jack Burden; Anne Raymundo; Jennifer Vela |
| **Subject:** | RE: (Vons adv. Baker) SAO to Remand |

Hi Jessica,

You can use my e-signature on this.

Thanks,



**Sarah M. Banda** | Esquire
P: 702.INJURED / 702.465.8733
F: 702.553.1002
E: sarah@naqvilaw.com
W: naqvilaw.com
9500 W. Flamingo Rd, Suite 104 Las Vegas, Nevada 89147

This e-mail message is a confidential communication from Naqvi Injury Law and is intended only for the named recipient(s) above. If you have received this message in error or are not the named or intended recipient(s), please delete immediately.

---

**From:** Jessica Brown <jessicabrown@backuslaw.com>
**Sent:** Tuesday, August 24, 2021 3:45 PM
**To:** Sarah Banda <sarah@naqvilaw.com>
**Cc:** Jack Burden <jackburden@backuslaw.com>; Anne Raymundo <anneraymundo@backuslaw.com>
**Subject:** (Vons adv. Baker) SAO to Remand

!!CAUTION!! This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good Afternoon Sarah,

Attached you will find a *Stipulation and Order* to remand the above-referenced matter to state court. Please let me know if you have any revisions or if we may affix your electronic signature.

Regards,
Jessica

JESSICA E. BROWN
*Associate Attorney*
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive

1